# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br>  -vs-<br><br>CHRISTOPHER ALLEN JONES,<br><br>                                Defendant. | Case No.    2:22-cr-00135-RMP-2<br>**CRIMINAL MINUTES**<br><br>DATE:    AUGUST 15, 2023<br>LOCATION:  SPOKANE<br><br>**SENTENCING HEARING** |

| | Hon. Rosanna Malouf Peterson | |
|---|---|---|
| Allison Yates | LC 01 | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Timothy Ohms for Caitlin Baunsgard | | Frank Louis Cikutovich |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** | Shane Moore | |

**[ X ]  Open Court**           **[  ]  Chambers**           **[  ]  Telecon**

Defendant present in custody of United States Marshal with appointed counsel.

Court confirmed with counsel that they had no objections to the PSR. Court also confirmed with defense counsel that Defendant had the opportunity to review the PSR, as well as, United States Sentencing Memorandum filed at ECF No. 73, Defendant's Sentencing Memorandum filed at ECF No. 74, and further queried Defendant as to whether he had any objections other than that already discussed; Defendant indicated there were no other objections.

Mr. Cikutovich addressed the Court regarding level six enhancement. Mr. Cikutovich acknowledged the plea agreement filed at ECF No. 62 agreed to level six enhancement.

Mr. Cikutovich addressed the Court with a recommendation of 63 months. Colloquy between the Court and Mr. Cikutovich.

Mr. Ohms addressed the Court with a recommendation of 78 months of incarceration followed by a three-year term of supervised release. Colloquy between the Court and Mr. Ohms.

Mr. Cikutovich and the defendant approached the podium. The defendant addressed the Court on his own behalf.

The Court addressed the defendant and pronounced sentence.

**Imprisonment:**              63 Months
**Supervised Release:**   3 Years
                              Standard conditions **plus special conditions**:
- Mental health evaluation and treatment/counseling, if recommended
- Search of person, vehicle and residence
- Substance abuse evaluation and treatment/counseling, if recommended

| CONVENED: 10:32 A.M. | ADJOURNED: 11:08 A.M. | TIME: 0:36 MINS. | CALENDARED [ N/A ] |
|---|---|---|---|

*United States –vs- Christopher Allen Jones*                    August 15, 2023
2:22-CR-00135-2                                                                              Page 2
Sentencing Hearing

- Abstain from controlled substances, including marijuana; Probation Officer is authorized to order up to 6 UA's and sweat patch testing
- Do not enter any establishment whose primary item of sale is alcohol; abstain from alcohol; Probation Officer authorized to order up to 6 UAs and/or BAs

**Special Assessment:**       $100.00

**Fine:**       Waived

**Restitution:**       Not requested

Appeal rights given.

The defendant requested to be placed at Three Rivers Federal Correctional Institution due to the reputation of drug program and recommendation to RDAP program. The Court granted the request to make recommendation to Bureau of Prisons.