# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- CHRISTOPHER BRUCE GOOCH, Defendant. | Case No. 2:22-CR-0135-RMP-1<br>CRIMINAL MINUTES<br><br>DATE: DECEMBER 12, 2023<br>LOCATION: SPOKANE<br><br>SENTENCING |
|---|---|

| Hon. Rosanna Malouf Peterson ||||
|---|---|---|---|
| Linda Hansen | LC 01 | N/A | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Caitlin A Baunsgard || Lorinda M Youngcourt ||
| **Government Counsel** || **Defense Counsel** ||
| **United States Probation Officer:** Jennifer Frieling ||||

[ X ]  Open Court          [   ]  Chambers          [   ]  Telecon

Defendant is present, in custody of United States Marshal, with appointed counsel.

The Court confirmed that the Defendant has reviewed all the documents filed in this matter pertaining to sentencing.

The Court and Lorinda Youngcourt discussed the Defendant's objections regarding the 6-level enhancement for use of a firearm during the offense conduct. Both parties declined to add any additional argument today. The Court provided the Guideline calculations to the parties.

Counsel addressed the Court with their respective recommendations for disposition of the matter. Caitlin Baunsguard confirmed that no restitution is being requested.

The Defendant addressed the Court on his own behalf.

Court ADOPTED the parties' 11(c)1(C) Plea Agreement.

The Court addressed the Defendant and pronounced sentence.

**Imprisonment:**          48 Months with credit for any time served
**Supervised Release:**   3 Years with standard conditions **plus special conditions:**
- Must not communicate with Scott Banchero and Jaime Taylor
- Mental health evaluation and treatment/counseling, if recommended
- Search of person, vehicle and residence
- Substance abuse evaluation and treatment/counseling, if recommended
- Do not enter any establishment whose primary item of sale is alcohol; abstain from alcohol; Probation Officer authorized to test

| **CONVENED:** 11:03 A.M. | **ADJOURNED:** 11:22 A.M. | **TIME:** 19 MINS | **CALENDARED** [   ] |
|---|---|---|---|

*United States –vs- Gooch*  
2:22-CR-0135-RMP-1  
Sentencing Hearing

December 12, 2023  
Page 2

- Abstain from controlled substances, including marijuana; Probation Officer is authorized to test
- Must reside in an RRC as directed by Probation Officer
- Must not engage in any form of gambling

**Fine:** Waived  
**Special Assessment:** $100 – Inmate Financial Responsibility Program  
**Restitution**: None Requested or Ordered.

Appeal rights given.

Lorinda Youngcourt requested that the Court make a recommendation to the BOP that the Defendant be housed at Sheridan, FCI and participate in the BOP's RDATP program.